# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES THOMAS WEEMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV409-85 |
| | ) | |
| AL ST. LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Civil rights plaintiff Charles Weems has abandoned any effort to litigate this 42 U.S.C. § 1983 case. On June 12, 2009, the Court directed Weems to submit additional briefing within fifteen days of the Order related to his eyeglasses deprivation claim. (Doc. 3.) He has failed to comply. Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United*

*States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  14th  day of January, 2010.

                                           /s/ G.R. Smith
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **SOUTHERN DISTRICT of GEORGIA**